**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCGINNIS, VIRGIL | § | Case No. 12-35774-BWB |
| MCGINNIS, ELIZABETH | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 04/19/2013 in Courtroom        , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  03/15/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                          Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MCGINNIS, VIRGIL § Case No. 12-35774-BWB
MCGINNIS, ELIZABETH §
§
Debtor(s) §

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $        100,000.00

*and approved disbursements of*     $        50,884.80

*leaving a balance on hand of*  [1]    $        49,115.20

**Balance on hand:**     **$**        49,115.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     **$**        0.00
Remaining balance:     **$**        49,115.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,700.27 | 0.00 | 6,700.27 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 21.98 | 0.00 | 21.98 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 2,347.50 | 0.00 | 2,347.50 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 27.85 | 0.00 | 27.85 |

Total to be paid for chapter 7 administration expenses:     **$**        9,097.60
Remaining balance:     **$**        40,017.60

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   40,017.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   40,017.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,998.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,783.09 | 0.00 | 12,783.09 |
| 2 | American InfoSource LP as agent for | 11,215.80 | 0.00 | 11,215.80 |

Total to be paid for timely general unsecured claims:   $   23,998.89

Remaining balance:   $   16,018.71

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $            0.00
Remaining balance:   $        16,018.71

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $            0.00
Remaining balance:   $        16,018.71

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $24.03.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 15,994.68.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/THOMAS B. SULLIVAN, TRUSTEE
_____
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-35774-BWB
Virgil M McGinnis                                                     Chapter 7
Elizabeth L McGinnis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: tmaurer              Page 1 of 2              Date Rcvd: Mar 18, 2013
                                 Form ID: pdf006            Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2013.
db/jdb      +Virgil M McGinnis,   Elizabeth L McGinnis,   901 Maple St,   Streator, IL 61364-3567
aty         +Terence B. Kelly,   Thomson & Weintraub,   105 North Center Street,   Bloomington, IL 61701-5001
19418216    +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
19418219    +First National Bank,   105 W Main,   Grand Ridge, IL 61325-9123
19418220    +First National Bank,   701 LaSalle St,   Ottawa, IL 61350-5019
19418221    +Streator Onized Credit Union,   912 N Shabbona,   Streator, IL 61364-2059
19418223     Target National Bank,   PO Box 660170,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19719251     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2013 02:27:02
              American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
19719158     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2013 02:23:31     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
19418218     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 19 2013 02:23:31     Discover Card,   PO Box 6103,
              Carol Stream, IL 60197-6103
                                                                              TOTAL: 3


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19418217*   +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
19418222*   +Streator Onized Credit Union,   912 N Shabbona,   Streator, IL 61364-2059
                                                                              TOTALS: 0, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2013**              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1            User: tmaurer          Page 2 of 2           Date Rcvd: Mar 18, 2013
                               Form ID: pdf006         Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2013 at the address(es) listed below:
          Ariane  Holtschlag    on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com,
           nbouchard@wfactorlaw.com
          David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com,
           lawyers@innovalaw.com
          Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com,
           kmmcguirelaw@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Stephen J West    on behalf of Debtor Virgil M McGinnis tmalaw@sjwlawott.com
          Stephen J West    on behalf of Joint Debtor Elizabeth L McGinnis tmalaw@sjwlawott.com
          Thomas B Sullivan    tsullivan@innovalaw.com,  IL19@ecfcbis.com
                                                                                  TOTAL: 7