**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MCGINNIS, VIRGIL § Case No. 12-35774-BWB
MCGINNIS, ELIZABETH §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $75,950.00                    Assets Exempt: $50,750.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $24,439.28     Claims Discharged
                                                 Without Payment: $0.00

Total Expenses of Administration: $42,191.81

3) Total gross receipts of $ 100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,368.91 (see **Exhibit 2**), yielded net receipts of $66,631.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $415.24 | $415.24 | $415.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,567.16 | 42,191.81 | 42,191.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 24,024.04 | 24,024.04 | 24,024.04 |
| **TOTAL DISBURSEMENTS** | $0.00 | $69,006.44 | $66,631.09 | $66,631.09 |

    4) This case was originally filed under Chapter 7 on September 10, 2012. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/24/2013     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MEDICAL MALPRACTICE CLAIM | 1149-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELIZABETH MCGINNIS | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| MCGINNIS, VIRGIL | Dividend paid 100.00% on $18,368.91; Claim# SURPLUS; Filed: $18,368.91; Reference: | 8200-002 | 0.00 |
| ELIZABETH MCGINNIS | DIVIDEND PAID 100%; CLAIM# SURPLUS | 8200-002 | 18,368.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$33,368.91** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MSPRC LIABILITY | 4210-000 | N/A | 415.24 | 415.24 | 415.24 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$415.24** | **$415.24** | **$415.24** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,700.27 | 6,700.27 | 6,700.27 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 21.98 | 21.98 | 21.98 |
| INNOVALAW, PC | 3110-000 | N/A | 2,347.50 | 0.00 | 0.00 |
| INNOVALAW, PC | 3120-000 | N/A | 27.85 | 0.00 | 0.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.38 | 14.38 | 14.38 |
| THOMSON & WEINTRAUB | 3210-600 | N/A | 33,333.33 | 33,333.33 | 33,333.33 |
| THOMSON & WEINTRAUB | 3220-610 | N/A | 1,993.54 | 1,993.54 | 1,993.54 |
| Rabobank, N.A. | 2600-000 | N/A | 128.31 | 128.31 | 128.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $44,567.16 | $42,191.81 | $42,191.81 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 12,783.09 | 12,783.09 | 12,783.09 |
| 1I | Discover Bank | 7990-000 | N/A | 13.40 | 13.40 | 13.40 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 11,215.80 | 11,215.80 | 11,215.80 |
| 2I | American InfoSource LP as agent for | 7990-000 | N/A | 11.75 | 11.75 | 11.75 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $24,024.04 | $24,024.04 | $24,024.04 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35774-BWB  
**Case Name:** MCGINNIS, VIRGIL  
　　　　　　　MCGINNIS, ELIZABETH  
**Period Ending:** 06/24/13

**Trustee:** (330180)　THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 09/10/12 (f)  
**§341(a) Meeting Date:** 10/11/12  
**Claims Bar Date:** 02/19/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 901 MAPLE STREET, STREATOR, IL | 60,000.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 100.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 800.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 5 | WELLS FARGO PENSION | Unknown | 0.00 | | 0.00 | FA |
| 6 | ST MARY'S HOSPITAL PENSION | Unknown | 0.00 | | 0.00 | FA |
| 7 | 2001 FORD | 3,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 FORD | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2003 TRAVEL TRAILER | 9,000.00 | 0.00 | | 0.00 | FA |
| 10 | MEDICAL MALPRACTICE CLAIM | 100,000.00 | 85,000.00 | | 100,000.00 | FA |
| **10** | **Assets  Totals** (Excluding unknown values) | **$175,950.00** | **$85,000.00** | | **$100,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　SETTLEMENT RECEIVED 1/24/13 REGARDING MALPRACTICE CLAIM; WAITING FOR BAR DATE TO PASS; INVESTIGATION OF LIEN CLAIMS IF ANY AND THEN FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**　　December 30, 2013　　　**Current Projected Date Of Final Report (TFR):**　　December 30, 2013

Printed: 06/24/2013 10:39 AM　　V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-35774-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | MCGINNIS, VIRGIL / MCGINNIS, ELIZABETH | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5909 | Account: | ****938666 - Checking Account |
| Period Ending: | 06/24/13 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ / Disbursements $ | Checking Account Balance |

| Trans. Date | {Ref #}/Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | {10} | SEDGWICK CMS INC. ON BEHALF OF | SETTLEMENT OF MEDICAL MALPRACTICE CASE | 1149-000 | 100,000.00 | | 100,000.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.38 | 99,985.62 |
| 02/07/13 | 101 | MSPRC LIABILITY | ELIZABETH MCGINNIS/MEDICARE #328367450A/CASE ID #20123 04090 00383/SETTLEMENT OF LIEN | 4210-000 | | 415.24 | 99,570.38 |
| 02/07/13 | 102 | THOMSON & WEINTRAUB | | | | 35,326.87 | 64,243.51 |
| | | | SPECIAL COUNSEL FEES    33,333.33 | 3210-600 | | | 64,243.51 |
| | | | SPECIAL COUNSEL EXPENSES    1,993.54 | 3220-610 | | | 64,243.51 |
| 02/07/13 | 103 | ELIZABETH MCGINNIS | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 49,243.51 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.31 | 49,115.20 |
| 04/23/13 | 104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,700.27, Trustee Compensation; Reference: | 2100-000 | | 6,700.27 | 42,414.93 |
| 04/23/13 | 105 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $21.98, Trustee Expenses; Reference: | 2200-000 | | 21.98 | 42,392.95 |
| 04/23/13 | 106 | Discover Bank | Dividend paid 100.00% on $12,783.09; Claim# 1; Filed: $12,783.09; Reference: | 7100-000 | | 12,783.09 | 29,609.86 |
| 04/23/13 | 107 | American InfoSource LP as agent for | Dividend paid 100.00% on $11,215.80; Claim# 2; Filed: $11,215.80; Reference: | 7100-000 | | 11,215.80 | 18,394.06 |
| 04/23/13 | 108 | Discover Bank | Dividend paid 100.00% on $13.40; Claim# 1I; Filed: $13.40; Reference: | 7990-000 | | 13.40 | 18,380.66 |
| 04/23/13 | 109 | American InfoSource LP as agent for | Dividend paid 100.00% on $11.75; Claim# 2I; Filed: $11.75; Reference: | 7990-000 | | 11.75 | 18,368.91 |
| 04/23/13 | 110 | MCGINNIS, VIRGIL | Dividend paid 100.00% on $18,368.91; Claim# SURPLUS; Filed: $18,368.91; Reference: Voided on 04/23/13 | 8200-002 | | 18,368.91 | 0.00 |
| 04/23/13 | 110 | MCGINNIS, VIRGIL | Dividend paid 100.00% on $18,368.91; Claim# SURPLUS; Filed: $18,368.91; Reference: Voided: check issued on 04/23/13 | 8200-002 | | -18,368.91 | 18,368.91 |
| 04/23/13 | 111 | ELIZABETH MCGINNIS | DIVIDEND PAID 100%; CLAIM# SURPLUS | 8200-002 | | 18,368.91 | 0.00 |
| | | | ACCOUNT TOTALS | | 100,000.00 | 100,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 100,000.00 | 100,000.00 | |
| | | | Less: Payments to Debtors | | | 33,368.91 | |
| | | | NET Receipts / Disbursements | | $100,000.00 | $66,631.09 | |

{} Asset reference(s)

Printed: 06/24/2013 10:39 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35774-BWB  
**Case Name:** MCGINNIS, VIRGIL  
MCGINNIS, ELIZABETH  
**Taxpayer ID #:** **-***5909  
**Period Ending:** 06/24/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****938666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|  | **Checking # ****938666** | 100,000.00 | 66,631.09 | 0.00 |
|  |  | $100,000.00 | $66,631.09 | $0.00 |

June 24, 2013  
_____  
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE  
_____  
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)                                                                 Printed: 06/24/2013 10:39 AM   V.13.13